```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF IOWA


UNITED STATES OF AMERICA,     )
                              )       4:12-cr-00171-JEG-RAW
          Plaintiff,          )
                              )
    vs.                       )
                              )
CHUNG CHRIS LO,               )
                              )
          Defendant.          )
```

## SUPPLEMENTAL
## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY
## (PLEA AGREEMENT)

After Mr. Lo's plea proceeding and the report and recommendation concerning his plea of guilty, the Court was informed by Mr. Brown that his client became a naturalized United States citizen in 2005 rather than in about 1995 as Mr. Brown had believed. Because of the nature of the criminal conduct involved in Mr. Lo's plea of guilty and the timing of his naturalization, additional plea proceedings were scheduled to address the potential collateral consequence that Mr. Lo's plea of guilty may prompt denaturalization proceedings and eventual deportation from the United States.

Supplemental proceedings were held this date. Mr. Lo appeared with his counsel, Mr. Brown. The government was represented by Assistant U.S. Attorney Luxa. Mr. Brown discussed his understanding of the possibility that Mr. Lo's plea of guilty could result in denaturalization proceedings and possible eventual

removal or deportation from the United States. The Court advised Mr. Lo of these potential collateral consequences and that the Court could give him no assurance about whether they would or would not occur as denaturalization, removal or deportation from the United States are matters beyond the purview of this Court. The Court informed Mr. Lo that he was free to withdraw his plea of guilty if he wished to and that the Court would give him additional time to make a decision if he wanted to think about the matter further. Mr. Lo responded that he had discussed the issue with Mr. Brown, did not need additional time, did not wish to withdraw his plea of guilty, understood the possible citizenship and immigration collateral consequences described above, and wished to continue to plead guilty.

Accordingly, I renew my report and recommendation that the defendant's plea of guilty be accepted, that he be adjudged guilty, and have sentence imposed accordingly.

IT IS SO ORDERED.

Dated this 8th day of April, 2013.

ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE